

# GOVERNMENT'S SENTENCING MEMORANDUM

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

CASE NUMBERS

| | |
|---|---|
| CR 06-60069-AA | CR 06-60120-AA |
| CR 06-60070-AA | CR 06-60122-AA |
| CR 06-60071-AA | CR 06-60123-AA |
| CR 06-60078-AA | CR 06-60124-AA |
| CR 06-60079-AA | CR 06-60125-AA |
| CR 06-60080-AA | CR 06-60126-AA |