for the equipment and $72,110.69 for the building, for a total of $193,098.30.

Jacob Ferguson and Josephine Overaker chose the Burns BLM Wild Horse Corrals because they had read an article about an auction of wild horses in which some buyers would adopt the horses and sell them at a higher price to slaughterhouses.  Ferguson recruited Joseph Dibee, who agreed to make the timers for the incendiary devices.  Ferguson, Overaker and Tubbs were to obtain the buckets and fuel for the devices.

Shortly before the arson was to occur, Dibee left a message for Ferguson that he would not be able to participate.  William Rodgers (now deceased) and Rebecca Rubin were recruited at the last minute, and they obtained the necessary items to make the timing devices.[4]

On the day of the arson, Ferguson, Tubbs, Overaker, Rodgers and Rubin traveled to a staging area near Burns, where they assembled the incendiary devices and checked the radios they would be carrying.  They then drove to the BLM Wild Horse Corrals facility and dropped off Ferguson approximately a mile away.  Ferguson hiked to the corrals and observed the front gate was locked.  He cut the lock with bolt cutters and radioed the others in the van to drive into the corrals.  Once inside, Overaker, Rodgers and Rubin got out and carried the devices and buckets with them.  Tubbs drove the van out of the area, and parked about a quarter mile away, awaiting a radio call to return.

Ferguson, Overaker, Rodgers and Rubin proceeded to set up the incendiary devices, which were placed at three locations in the barn and at two other locations, next to and inside a new tractor parked near the barn.  During this same time, they opened the corrals and released

---

[4] William Rodgers was initially charged by complaint in this case but committed suicide while in custody awaiting transportation back to Oregon.  Dibee, Overaker and Rubin are fugitives.

Page 15  -  **Government's Sentencing Memorandum**

the horses.  As they left the facility, Ferguson placed a new lock on the access road gate so as to impede the first responders.  They then radioed Tubbs, who picked them up in the van and drove to the staging area.  There they buried their clothes, shoes and bolt cutters, after first pouring acid on them.

Tubbs later wrote the communique, attributing the arson to ALF/ELF.  The communique gave details of how the crime occurred and stressed it was an effort "to help halt the BLM's illegal and immoral business of rounding up wild horses from public lands and funneling them to slaughter."  Accusing BLM of "hypocrisy and genocide against the horse nation,"  the communique demanded, "The practice of rounding up and auctioning wild horses must be stopped.  The practice of grazing cattle on public lands must be stopped."

**6.  USDA APHIS and ADC arsons, Olympia, Washington, June 21, 1998**



**Participants:**

Jacob Ferguson

Kevin Tubbs

William Rodgers

Joseph Dibee

Josephine Overaker

Page 16  -  **Government's Sentencing Memorandum**

On June 21, 1998, buckets of fuel were placed outside the Forest Land Mangement Center, 9701 Blomberg Street SW, Olympia, Washington, which housed offices of the U.S.D.A. Animal Plant Health Inspection Service (APHIS).  At approximately 2:39 a.m., the buckets ignited and fire spread to the building.  The fire caused an estimated $1,200,000 damage to the building and contents.

Kevin Tubbs, Jacob Ferguson, William Rodgers, Joseph Dibee and Josephine Overaker were responsible for this arson.  Prior to June 21, 1998, all of them participated in research, planning, and reconnaissance for the arson, which was planned to be done simultaneously with an arson at the U.S.D.A. Animal Damage Control (ADC) facility, also in Olympia.  Dibee was to provide the timer and igniter assembly for the incendiary devices.  Ferguson, Tubbs and Overaker acquired five-gallon plastic buckets and fuel.  The buckets were wiped down to remove fingerprints.

On the afternoon before the arson, Overaker was arrested in Tacoma for shoplifting items for that night's arson.  Tubbs and Ferguson attempted unsuccessfully to contact Dibee to call off the action as a result of Overaker's arrest.  The van used by Ferguson and Tubbs broke down.  Overaker met up with Rodgers, and they drove to where Ferguson and Tubbs were with the broken-down van.  They told Overaker she could not participate in the arson because of her arrest and she should go somewhere to establish an alibi.  Dibee failed to show up with the timing devices, so Rodgers, Ferguson and Tubbs decided to perform the arson without them.  Rodgers purchased some fire-starters for igniting the buckets of fuel.  Tubbs drove Rodgers and Ferguson to the facility.  Rodgers and Ferguson took six five-gallon buckets of fuel to the building.  Tubbs acted as a lookout down the street in the vehicle.  Rodgers and Ferguson placed

Page 17 -  **Government's Sentencing Memorandum**