the buckets of fuel in three separate areas on the exterior of the building. Rodgers ignited a fire-starter and threw it into a bucket of fuel. Ferguson ignited a fuel-soaked sponge and threw it into a bucket of fuel. Rodgers and Ferguson radioed Tubbs, who then picked them up. They disposed of their clothing in a trash container in Olympia and then went back to the disabled van where they met Overaker.

On June 21, 1998, and within hours of the APHIS arson, two incendiary devices were placed outside the ADC facility in Olympia. At approximately 4:20 a.m., each device functioned and ignited the buildings. Each device consisted of two five-gallon plastic buckets filled with a mixture of gasoline, heavy petroleum distillate and detergent. The devices had sophisticated delayed igniters in which an alarm clock functioned to complete an electric circuit between a 9-volt battery and a lamp filament, which heated up and ignited matches. The fire spread to a wood fiber/paraffin solid fuel mixture and then to the bucketed fuel.

The fire caused approximately $500,000 in damage to the ADC building and contents. A communiqué from ALF and ELF claimed responsibility for setting both fires. The communique claimed the targeted government research facilities "make it a daily routine to kill and destroy wildlife." Accusing the government of taxpayer-funded "genocide," the communique demanded, "This war on wildlife and nature must end! We will not stop until it does."

Page 18 - **Government's Sentencing Memorandum**

**7. Redwood Coast Trucking Company arson, Arcata, California, September 21, 1998**



**Participants:**

Jacob Ferguson

Kendall Tankersley

      Prior to September 20, 1998, Jacob Ferguson and Kendall Tankersley discussed plans to burn logging trucks at two different sites near Arcata, California. Ferguson tried to arrange the arson to vouch for Tankersley with other cell members. On September 20, 1998, Ferguson and Tankersley traveled to Arcata in a pickup truck that belonged to Kevin Tubbs. Late at night, they stopped at the Redwood Coast Trucking Company at 2210 Peninsula Drive, Arcata, California. Ferguson poured fuel from large containers into 11 one-gallon plastic milk jugs while Tankersley held them. Ferguson took three timing devices, consisting of wooden matches wrapped around an incense stick and held in place by a rubber band, and placed them into a single sponge soaked with fuel. Ferguson then placed the sponge in the handle of the one-gallon plastic milk jugs. Ferguson placed one incendiary device in each of ten logging trucks located in the parking lot, while Tankersley placed another device in one logging truck. After Ferguson ignited the timing devices, he and Tankersley left the business.

      On September 21, 1998, at approximately 2:50 a.m., a night watchman for Redwood Coast Trucking Company discovered a logging truck engulfed in flames and called the Arcata

Page 19 - **Government's Sentencing Memorandum**