Fire Department.  The burning truck was located in the middle of a row of 12 logging trucks, and was completely destroyed, causing a loss of $40,000.  Upon searching the other 11 logging trucks in the row, investigators discovered ten of them had single incendiary devices placed in them.  All of the devices failed to function.

8.  **Wayne Bare Trucking Company arson, Arcata , California, September 21, 1998**

**Participants:**

**(No Photo Available)**              Jacob Ferguson

Kendall Tankersley

During the night of September 20, 1998,  Jacob Ferguson and Kendall Tankersley left the Redwood Coast Trucking Company after placing incendiary devices in 11 logging trucks and traveled to the Wayne Bare Trucking Company at 5550 West End Road, Arcata, California.  Ferguson cut a hole in the chain link fence that encircled the business and crawled into the yard where numerous logging trucks were parked.  He had an incendiary device consisting of a one-gallon plastic milk jug filled with fuel, and a timing device consisting of wooden matches wrapped around an incense stick, placed in the handle.  Ferguson used a cigarette lighter to ignite the incense stick.  His fuel-soaked gloves accidentally caught on fire, causing the incendiary device to ignite prematurely.  Tankersley was crawling through the hole in the fence when Ferguson came back telling her to leave because of the premature ignition.

On September 21, 1998, at approximately 2:30 a.m., the Arcata Fire Department responded to the fire at the Wayne Bare Trucking Company, and extinguished the flames quickly.  The fire had burned pine needles and grass along the ground inside the fenced area of the business but caused no monetary loss.  Investigators discovered several timing devices,

Page 20  -  **Government's Sentencing Memorandum**

consisting of wooden matches wrapped around an incense stick, in the driveway to the business and on the ground in the fenced lot. A burned remnant of a kitchen sponge was discovered in the burned area, along with a cigarette lighter.

**9. BLM Wild Horse Corrals attempted arson, Rock Springs, Wyoming, October 11, 1998**



**Participants:**

Jacob Ferguson

Josephine Overaker

Kevin Tubbs

William Rodgers

Stanislas Meyerhoff

Chelsea Gerlach

Rebecca Rubin

Sometime between late August and mid-September 1998, William Rodgers, Rebecca Rubin, Kevin Tubbs, and two other individuals attempted a horse release and arson at the Bureau of land Management (BLM) Wild Horse Holding Facility, Rock Springs, Wyoming. After being contacted by a law enforcement officer, the subjects buried some of their incendiary components at a remote location overlooking the highway near Rock Springs. The crime was aborted.

On October 11, 1988, at approximately 1:00 a.m., the Sweetwater County (Wyoming) Sheriff's Office received a report of several horses running loose in the vicinity of the Rock Springs BLM facility. Subsequent investigation revealed that a locked gate at the facility had been opened, and horses had been herded from the corrals. Later that morning at approximately 8:45 a.m., a gas can and several containers with fuel were discovered at different locations

Page 21 - **Government's Sentencing Memorandum**

throughout the facility.   The horses were recovered and physical damage at the facility was minimal.

On the same night, Ferguson, Tubbs, Overaker, Gerlach, Rodgers, Rubin and Meyerhoff all traveled to the Rock Springs Horse Corrals in Ferguson's red truck.  Tubbs drove the truck and dropped the others at the location with their gear.  He waited in a parking lot in a nearby park and maintained contact with the rest of the group via radio.

They began placing devices close to buildings or vehicles, specifically targeting a truck used to transport the horses.  Rubin prematurely opened one of the gates before all the devices were set up, and the horses started running loose.  Because of the confusion and disruption, the crime was immediately aborted.  Ferguson began shoving the timing devices into a duffle bag, but there was too much gear to carry out quickly.  Consequently, sponges and full containers of fuel were left behind.  Overaker, Gerlach and Rubin began hiking back to where Tubbs was waiting.  Ferguson, Rodgers and Meyerhoff stayed behind to hide the timing devices because they did not want to get caught with the components if they were stopped fleeing the scene.  The group eventually made their way back to the truck at the park and left the scene.

On November 13, 1998, a press release was issued on the Animal Liberation Front website containing a communique.  Both ALF and ELF claimed responsibility for the attempted arson.  As in the case of the Burns BLM crime, the communique targeted the Rock Springs facility for "slaughtering horses for foreign dinner plates."  It threatened future action if BLM did not "cease its campaign" against wild horses.

BLM incurred approximately $2,426.00 in aviation expenses during the ensuing round up of the escaped horses.