**10. Vail Ski Resort arson, Vail, Colorado, October 19, 1998**



**Participants:**

Jacob Ferguson

Josephine Overaker

Kevin Tubbs

William Rodgers

Stanislas Meyerhoff

Chelsea Gerlach

Rebecca Rubin

On October 19, 1998, at approximately 3:45 a.m., local residents observed fires at the Vail Ski Resort and reported them to the fire department. Eight fires burned simultaneously. The fires caused structural damage to radio towers, ski lift towers, restaurants, and the ski patrol office. The damage was to two separate sites located over a mile apart. Five structures were damaged at one site and three structures at the second.

Chelsea Gerlach, Stanislas Meyerhoff, William Rodgers and Rebecca Rubin participated in assembling timers to be used in the Vail arson and transported gasoline and diesel to the mountain using Gerlach's truck. They had to stop part way up the mountain because the truck got stuck in the snow. They unloaded the fuel containers and placed them in white plastic trash bags to conceal them in the snow. Gerlach, Meyerhoff, Rodgers and Rubin then met with Jacob Ferguson, Josephine Overaker and Kevin Tubbs, who joined them to assist in the Vail arson. They discussed their plan and the difficulties involved with an arson at the Vail Ski resort and decided to temporarily postpone the arson.

Page 23 - **Government's Sentencing Memorandum**

Later, after Meyerhoff, Rubin, Ferguson, Tubbs and Overaker had returned to Oregon, Gerlach drove Rodgers' truck to Vail and dropped him off at the mountain area where the fuel was hidden. Rodgers spent several days by himself, hiking the fuel up the mountain. Gerlach parked on a logging road approximately one hour from the resort and stayed in the truck for two days. They met at a predetermined site, and Gerlach drove Rodgers to a store some distance away from Vail. Rodgers purchased barbeque lighter sticks, sponges, and several hand-held road flares.

Gerlach drove back to Vail and dropped Rodgers off on the mountain. The fires occurred that night. Rodgers first placed the gas cans next to the buildings. Next, he ran along the ridge to each fuel container, lighting them by hand. Rodgers told Gerlach he could see the fire of the previous containers start while running to other locations where he had placed more containers. Rodgers found that one of the buildings was heated, and when he opened the door, he observed two hunters sleeping. He closed the door and did not set that building on fire.

After setting the fires, Rodgers ran down a trail that turned into a bike path that led to a park. Gerlach was waiting for him when he arrived at the park around 7:00 or 8:00 a.m. Rodgers badly injured his ankle during the process.

Gerlach and Rodgers then drove to Denver. They wrote the communique and sent it via e-mail to the Liberation Collective in Portland. In the communique ALF and ELF claimed responsibility for the arson, stating that it was to protect the lynx habitat and they threatened a future action:

> Putting profits before Colorado's wildlife will not be tolerated. This action is just
> a warning. We will be back if this greedy corporation continues to trespass into
> wild and unroaded areas. For your safety and convenience, we strongly advise
> skiers to choose other destinations until Vail cancels its inexcusable plans for

Page 24 - **Government's Sentencing Memorandum**

expansion.

The loss suffered by Vail Associates was approximately $24,500,485.28.

**11.  U. S. Forest Industries arson, Medford, Oregon, December 26 - 27, 1998**



**Participants:**

Jacob Ferguson

Kevin Tubbs

Kendall Tankersley

Rebecca Rubin

Sometime after midnight on Sunday, December 27, 1998, Larry Dean Asher was driving by the area and observed a fire behind some bushes in front of the U.S. Forest Industries building, a private forest products company with headquarters in Medford.  At approximately the same time, an alarm company received an alarm from inside the building and notified the fire department.

Upon discovering the fire, Asher ran to the front of the building and observed a bucket on fire under a window.  Attempting to suppress the fire, he knocked over the bucket, which was filled with a flammable liquid.  He then attempted to assure there were no occupants in the building, and while doing so, the fire spread rapidly, breaking out a window.  Despite prompt response by the Medford Fire Department, the loss to the building was estimated at $990,220. Subsequent investigation determined this to be an arson fire, caused by an incendiary device at

Page 25  -  **Government's Sentencing Memorandum**