to all greedy multinational corporations who don't respect their ecosystems. The elves are watching. Earth Liberation Front."

**14. Destruction of BPA Transmission Tower, Bend, Oregon, December 30, 1999**



**Participants:**

Jacob Ferguson

Stanislas Meyerhoff

Josephine Overaker

Chelsea Gerlach

At approximately 8:53 p.m. on Thursday, December 30, 1999, only five days after the Boise Cascade arson, a Bonneville Power Administration (BPA) electrical power transmission tower southeast of Bend, Oregon, was toppled and rendered inoperable. The affected power line was a major direct current line feeding the Los Angeles, California area, and had a maximum capacity of one million volts. No significant electrical service was interrupted because the current was automatically switched to an alternate power transmission line. Nonethless, the loss to BPA was estimated at $126,000 because of the need to bring special equipment to the site as well as the amount of time required to restore the power line to service.

Investigation determined that the toppling of the tower was an act of sabotage caused by the dismantling of two of the tower's supporting guy wires, making it fall. Three different sets of footprints were located in the vicinity, as well as the tire tracks of one vehicle.

Jacob Ferguson, Stanislas Meyerhoff, Chelsea Gerlach and Josephine Overaker were responsible for the toppling of the BPA tower.  Gerlach had talked with William Rodgers about "Y2K," and he had suggested they take advantage of the time and do an "action" involving the disruption of power or electricity.  Gerlach went to the University of Oregon library, located maps of the power grid, identifed several major high voltage transmission lines, and located road access to the site, outside Bend, Oregon.

Gerlach and Myerhoff first did a "recon" of the area and then asked Ferguson and Overaker to assist them.  On December 30, 1999, they drove to the selected area in Gerlach's pickup truck, parking on a nearby dirt road.  Meyerhoff, Ferguson and Overaker got out and walked to the tower, while Gerlach remained in the truck.  Wearing gloves, the three of them worked for some time on loosening the nuts securing two of the supporting guy wires to the tower, using wrenches Meyerhoff had brought with him.  They finally succeeded in loosening them to the point where the tower began to fall.  As it did so, an arc erupted "like lightning," and they all ran from the scene, with Gerlach flashing the truck lights to help them locate her whereabouts.  As they were leaving the area in the truck, Ferguson discovered that the crescent wrench he was carrying still had one of the nuts lodged inside.  Overaker removed it and threw it out the window.  They drove back to Eugene, got rid of the tools, and Gerlach replaced the tires on her truck to make certain no one could trace the tire tracks left at the scene.  No communique was issued because they did not want to link the event with ELF.